# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 8, 2020

159705

ENCOMPASS HEALTH CARE, PLLC and
BRUCE RUBEN, M.D.,
                Plaintiffs-Appellants,

v

FARM BUREAU INSURANCE,
                Defendant-Appellee.

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159705
COA: 340664
Oakland CC: 2016-151219-CZ

_____/

      By order of September 30, 2019, the application for leave to appeal the April 23, 2019 judgment of the Court of Appeals was held in abeyance for *Jawad A Shah, MD, PC v State Farm Mut Auto Ins Co* (Docket No. 157951) and *W A Foote Mem Hosp v Mich Assigned Claims Plan* (Docket No. 156622). On order of the Court, *W A Foote Mem Hosp* having been decided on October 25, 2019, 504 Mich 985 (2019), and leave to appeal having been denied in *Shah* on October 25, 2019, 504 Mich 987 (2019), the application is again considered. It appearing to this Court that the cases of *Pearce v Eaton Co Rd Comm* (Docket No. 158069) and *Brugger v Midland Co Bd of Rd Comm'r* (Docket No. 158304) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 8, 2020



Clerk

a0505